**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bertin ROSALES, also known as Roberto Rosales–Garcia, Defendant–Appellant.**

No. 13–11200
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 29, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Street Dallas, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Bertin Rosales raises arguments that he concedes are foreclosed by *United States v. Serfass,* 684 F.3d 548, 552 (5th Cir.2012), which held that "the [U.S.S.G.] § 2D1.1(b)(5) sentencing enhancement applies if 'the offense involved the importation of amphetamine or methamphetamine' regardless of whether the defendant had

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

knowledge of that importation.". The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.